**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Gordon P. Gallagher, United States Magistrate Judge

Civil Action No. 18-cr-202-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(4) ANDY SELTZER,

    Defendant.

---

**RECOMMENDATION REGARDING DEFENDANT'S MOTION**

**FOR 404(b) EVIDENCE**

---

This matter comes before the Court on Defendant's motion for 404(b) evidence (D. 258).[1] The Government responded (D. 286). Consent pursuant to the Grand Junction Western Slope Protocol was withdrawn and this motion is referred pursuant to 28 U.S.C. 636 (b)(1)(B) and any party may object, in writing, to this recommendation within fourteen (14) days. *See* D. 199.[2] The Court has reviewed the pending motion and response. The Court has also considered the entire case file, the applicable law, and is sufficiently advised in the premises.

---

[1] "(D. 258)" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Recommendation.

[2] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. *See also* Fed. R. Crim. P. 59 (a) & (b).

Defendant moves for an order that he be provided with all 404(b) evidence. The Government responds, stating that the Government will provide such evidence no later than twenty-one (21) days prior to trial as required by the joint discovery conference memorandum (D. 32). That memorandum was made an Order of the Court and there is no current reason to believe that its strictures will not be timely complied with by the Government. Defendant interposes no argument as to why that time period, agreed to by both parties and the Court, is not reasonable in this action.

Therefore, it is respectfully recommended that the motion be DENIED as not RIPE.

Dated at Grand Junction, Colorado this July 2, 2020.

Gordon P. Gallagher

United States Magistrate Judge